# EXHIBIT F

NORMAN E. LEHRER, P. C.

INTELLECTUAL PROPERTY ATTORNEYS

1205 NORTH KINGS HIGHWAY

NORMAN E. LEHRER                    CHERRY HILL, NJ 08034-1982                    TEL 856-429-4100
patents@pobox.com                                                                FAX 856-429-8819

November 5, 2014

Christopher Gillen-Schwartz, Esquire
Barry, Corrado & Grassi, P.C.
2700 Pacific Avenue
Wildwood, NJ 08260

In re:   LCI World, LLC – LCI - Leisure Craft Industries
         Our File No. 7373G

Dear Mr. Gillen-Schwartz:

We are following-up on our letter of October 22, 2014.

Our client does not believe that this matter is worth fighting over. He is seriously considering finding a new name and transitioning to that new name. However, this may require some time since there is product in the pipeline.

We are is currently looking into how long it may take to transition into the new name and how much product is in the pipeline. We will keep you advised.

Very truly yours,

Norman E. Lehrer

cmv
cc: LCI-Leisure Craft Industries